IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BANK OF AMERICA, formerly ABN AMRO ) <br> d/b/a LaSALLE BANK, ) <br> ) <br> Defendant, ) | Case No. 07 C 6196 <br><br> Judge William J. Hibler |

### NOTICE OF FILING

TO:  Kathryn Ann Kelly
     United States Attorney's Office (NDIL)
     219 South Dearborn Street
     Suite 500
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **November 15, 2007** we electronically filed the attached **Appearance of Todd A. Rowden** with the Clerk of the Court of the United States District Court for the Northern District of Illinois using the CM/ECF system, a copy of which is hereby served upon you.

THOMPSON COBURN FAGEL HABER LLC

/s/ Todd A. Rowden

Todd A. Rowden (ARDC #6201929)
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603
312.346.7500
312.580.2201 (fax)

4626635_1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 07 C 6196

United States of America v. Bank of America, formerly ABN AMRO d/b/a LaSALLE BANK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bank of America, formerly ABN AMRO d/b/a LaSalle Bank

| |
|---|
| NAME (Type or print) <br> Todd A. Rowden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Todd A. Rowden |
| FIRM <br> Thompson Coburn Fagel Haber |
| STREET ADDRESS <br> 55 E. Monroe Street, 40th Floor |
| CITY/STATE/ZIP <br> Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201929 | TELEPHONE NUMBER <br> 312.346.7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐