IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07 C 6196 |
| ) | |
| BANK OF AMERICA, formerly ABN AMRO ) | Judge William J. Hibler |
| d/b/a LaSALLE BANK, ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF FILING

TO:  Kathryn Ann Kelly
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **November 15, 2007** we electronically filed the attached **Appearance of Lauren Newman** with the Clerk of the Court of the United States District Court for the Northern District of Illinois using the CM/ECF system, a copy of which is hereby served upon you.

THOMPSON COBURN FAGEL HABER LLC

/s/ Todd A. Rowden

Todd A. Rowden (ARDC #6201929)
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603
312.346.7500
312.580.2201 (fax)

4626644_1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 07 C 6196

United States of America v. Bank of America, formerly ABN AMRO d/b/a LaSALLE BANK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bank of America, formerly ABN AMRO d/b/a LaSalle Bank

| NAME (Type or print) |
| --- |
| Lauren Newman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lauren Newman |
| FIRM |
| Thompson Coburn Fagel Haber |
| STREET ADDRESS |
| 55 E. Monroe Street, 40th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188355 | 312.346.7500 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]