**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07 C 6196 |
| | ) | |
| LA SALLE BANK, N.A. | ) | Judge William J. Hibbler |
| | ) | |
| Defendant. | ) | |
| | )) | |

**NOTICE OF MOTION**

To:   Kathryn Ann Kelly
      United States Attorney's Office (NDIL)
      219 South Dearborn Street
      Suite 500
      Chicago, IL 60604

   **PLEASE TAKE NOTICE,** that on Tuesday, **February 12, 2008, at 9:30 a.m.,** we shall appear before the Honorable William J. Hibbler in Room 1225 of the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Motion to Dismiss**, a copy of which is hereby served upon you.

                                                        /s/   Scott P. Clair
                                                  Todd A. Rowden
                                                  Scott P. Clair
                                                  Timothy L. Binetti
                                                  THOMPSON COBURN LLP
                                                  55 E. Monroe St.
                                                  40th Floor
                                                  Chicago, IL 60603