**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07 C 6196 |
| | ) | |
| LA SALLE BANK, N.A. | ) | Judge William J. Hibbler |
| | ) | |
| Defendant. | ) | |
| | ) | |

## LA SALLE BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant La Salle Bank, N.A. states that it is a national banking association whose ultimate parent corporation is Bank of America Corp., a publicly-held corporation whose shares are listed on the NYSE. No publicly-held corporation owns more than 10% of Bank of America Corp.'s stock.

Dated: February 6, 2008                                            Respectfully submitted,

                                                                              /s/   Scott P. Clair
                                                                          Todd A. Rowden
                                                                          Scott P. Clair
                                                                          Timothy L. Binetti
                                                                          THOMPSON COBURN LLP
                                                                          55 E. Monroe St.
                                                                          40th Floor
                                                                          Chicago, IL 60603

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to F.R.C.P. 5(b)(2)(D), a copy of La Salle Bank's Corporate Disclosure Statement was served by electronic means on February 6, 2008 through this Court's CM/ECF system on the following registered user:

> Kathryn A. Kelly
> Assistant United States Attorney
> 219 S. Dearborn St.
> Chicago, IL 60604

/s/ Scott P. Clair