# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States of America

                Plaintiff,

v.                                          Case No.: 1:07−cv−06196
                                          Honorable William J. Hibbler

Bank of America

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge William J. Hibbler: Motion hearing held on 2/12/2008 regarding motion to dismiss [11]. Defendant's Motion to dismiss [11] is taken under advisement. Government to respond by 3/13/2008. Defendant's reply due by 3/27/2008. Ruling by mail. Status hearing date of 2/20/08 is stricken pending disposition of the motion to dismiss. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.