*MHW*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6196 | **DATE** | 7/29/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. LA SALLE BANK, N.A. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. La Salle Bank's Motion to Dismiss (Doc. #11) is DENIED. The Government is given leave to amend its prayer for relief by 8/19/08. Status hearing to set scheduling order set for 9/4/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 29 PM 1:51
FILED